## MOTION DOCKET

**92–30.** Belvedere Condominium Owners Assn. v. R.E. Roark Cos., Inc. *Hamilton County,* No. C–900581. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted. PFEIFER, J., dissents.

**92–105.** Arnold v. Cleveland. *Cuyahoga County,* No. 59260. On motions for leave to file *amicus* of the state of Ohio, Ohio Constitution Defense Council, Fraternal Order of Police of Ohio, Inc. and League of Ohio Sportsmen et al. Motions granted.

**92–786.** Rixey v. Nationwide Mut. Ins. Co. *Lucas County,* No. L–91–064. On motion to file reply brief of appellee. Motion granted.
MOYER, C.J., and WRIGHT, J., dissent.
RESNICK, J., not participating.

**92–1004.** State v. Henderson. *Cuyahoga County,* No. 58560.
On motion to strike appellant's brief. Motion denied.

**92–1400.** In re Seltzer. *Franklin County,* No. 91AP–677. On motion to strike appellant's brief. Motion granted.
A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., dissent.

**92–1479.** Tri–County Distrib., Inc. v. Canandaigua Wine Co. *Mahoning County,* No. 92 C.A. 37. On motion for leave to file *amicus* of Wholesale Beer and Wine Association. Motion granted.